DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**KIMOTHY KESHAWN JAMISON,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 2011-0109 |

**Attorneys:**
**Angela Tyson-Floyd, Esq.,**
St. Croix, U.S.V.I.
   *For the Plaintiff*

**Kimothy Keshawn Jamison,** *pro se*
St. Croix, U.S.V.I.
   *For the Defendant*

## ORDER

**UPON CONSIDERATION** of Plaintiff United States of America's "Motion for Default Judgment" (Dkt. No. 9), the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall have up to and including **July 1, 2015** within which to file any supplemental briefing and documentation supporting its request for pre-judgment interest, fees, and costs.

**SO ORDERED.**

Date: June 17, 2015                                                _____/s/_____
                                                                          WILMA A. LEWIS
                                                                          Chief Judge